IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTURO FLORES, CARLOS MARIN, PATRICIA CUATE and CARMEN CUBILLAS, et al., on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>KC 53 LLC d/b/a SOCIAL EATZ, SCOTT ALLING, ACE WATANASUPARP, ROBERT KWAK, RICARDO CAMACHO and HENRY AGUILAR,<br><br>      Defendants. | Case No.: 12 CV 8095<br><br>Peck, M.J.<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

   For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative Service Awards ("Lee Dec."), and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) awarding Class Counsel $81,667 in attorneys' fees, which is approximately 33.3% of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $5,000; and (2) awarding Advanced Litigation Strategies, LLC, as Settlement Administrator, administration fees of $25,000.

Dated: September 6, 2013

          Respectfully submitted,

          LEE LITIGATION GROUP, PLLC

          By: /s/ C.K.Lee
          C.K. Lee (CL 4086)
          30 East 39th Street, Second Floor
          New York, NY 10016
          Tel.: 212-465-1188
          Fax: 212-465-1181
          ***Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class***